Paysoff Tinkoff, Appellant, v. Hon. Frank M. Padden, etc., Appellee.

Gen. No. 44,440.

opinion filed January 24, 1949; rehearing denied May 20, 1949; released for publication May 23, 1949. Paysoff Tinkoff, *pro se;* Charles A. Boyle and Joseph N. Wagner, for appellee; Boyle, Morrissey & Wagner, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.